**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WESTPORT FUEL SYSTEMS CANADA INC., *Plaintiff*, | ) | Civil Action No. 2:21-cv-00456-JRG-RSP |
| v. | ) | |
| GENERAL MOTORS, LLC, *Defendant*. | ) | |

**<u>NOTICE OF JOINT STIPULATED DISMISSAL WITH PREJUDICE</u>**

Westport Fuel Systems Canada Inc. ("Westport") and General Motors, LLC ("GM") hereby jointly file this Notice of Stipulated Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Westport and GM jointly and voluntarily stipulate to dismissing this case in its entirety with prejudice.

Each party shall bear its own attorneys' fees, expenses, and costs.

Dated: November 2, 2026

Respectfully submitted,

/s/ Miranda Y. Jones
Miranda Y. Jones
State Bar No. 24065519
Southern District ID No. 1147635
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
214.745.5400
214.745.5390
mjones@winstead.com

*Attorney for Plaintiff Westport Fuel Systems Canada Inc.*

/s/ Dennis J. Abdelnour (by permission)
J. Michael Huget (P39150)
mhuget@honigman.com
David J. Thomas (admitted pro hac vice)
dthomas@honigman.com
**HONIGMAN LLP**
2290 First National Building 660
Woodward Avenue Detroit, Michigan 48226
Tel: (313) 465-7000
Fax: (312) 465-8000

Dennis J. Abdelnour (admitted pro hac vice)
dabdelnour@honigman.com
**HONIGMAN LLP**
155 North Wacker Drive, Suite 3100
Chicago, Illinois 60606
Tel: (312) 701-9300
Fax: (312) 701-9335

*Attorneys for Defendant General Motors, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2026, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Miranda Y. Jones*
Miranda Y. Jones